IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID MILLER VAN WORMER,  )<br>)<br>  Plaintiff,  )<br>)<br>  v.  )<br>)<br>JOSEPH ARPAIO,  )<br>)<br>  Defendant.  )<br>_____ ) | CIV 05-00216 PHX SRB (MEA)<br><br>REPORT AND RECOMMENDATION<br>FOR DISMISSAL WITHOUT<br>PREJUDICE |

Plaintiff, while an inmate at the Maricopa County Durango Jail in Phoenix, Arizona, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on January 19, 2005. On October 13, 2005, the Court issued an order directing monthly payments be made from Plaintiff's inmate account and sent a copy of the payment order to Plaintiff. The Court ordered Plaintiff to return a service packet to the Court for service on Defendant and ordered Plaintiff to return the service packet on or before November 2, 2005. See Docket No. 3. The service packet has not been returned to the Court and the Court's orders mailed to Plaintiff have been returned to the Court as undeliverable. Plaintiff has not provided the Court with his current address.

Rule 3.4, Local Rules of Civil Procedure for the United States District Court for the District of Arizona requires prisoner-litigants to comply with instructions attached to the

1  Court-approved complaint form for use in section 1983 actions.
2  Those instructions provide:  "You must immediately notify the
3  clerk...in writing of any change in your mailing address.
4  Failure to notify the court of any change in your mailing
5  address may result in the dismissal of your case."
6       Plaintiff was warned that failure to file a notice of
7  change of address or to otherwise comply with the Court's orders
8  could result in the dismissal of his suit.  Plaintiff has not
9  filed a notice of change of address and mail sent to his last
10 known address was returned.  An order to show cause why this
11 action should not be dismissed for failure to serve the
12 defendant or for failure to prosecute would be futile.  See
13 Carey v. King, 856 F.2d 1439, 1441 (9th Cir. 1988) (stating that
14 "[a]n order to show cause why dismissal is not warranted or an
15 order imposing sanctions would only finding itself taking a
16 round trip tour through the United States mail).
17      **THEREFORE, IT IS RECOMMENDED that** Plaintiff's complaint
18 be **dismissed without prejudice** for Plaintiff's failure to comply
19 with the Court's order of October 13, 2005.
20      DATED this 14th day of November, 2005.

_____
Mark E. Aspey
United States Magistrate Judge

-2-