IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Miller Van Wormer,<br><br>    Plaintiff,<br><br>vs.<br><br>Joe Arpaio,<br><br>    Defendant. | No. CV05-0216-PHX-SRB<br><br>**ORDER** |

    Plaintiff, David Miller Van Wormer, filed his Civil Rights Complaint on January 19, 2005. On October 13, 2005, the Court issued its Screening Order and mailed a copy to Petitioner on the same date. On October 20, 2005 Plaintiff's copy of the October 13, 2005 order was returned by the post-office with the notation "Released No Longer in Custody."

    The Magistrate Judge filed his Report and Recommendation on November 15, 2005, recommending that Plaintiff's case be dismissed without prejudice for failure to comply with the Court's order of October 13, 2005. The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

1   IT IS FURTHER ORDERED dismissing this case for Plaintiff's failure to comply with
2   the Court's order of October 13, 2005.

DATED this 6th day of December, 2005.

_____
Susan R. Bolton
United States District Judge

- 2 -